**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ERNESTO BENAVIDES, JR.,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:18-cv-00159 |
| OMAR LUCIO, et al.,<br>Defendants. | §<br>§<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 45). The R&R recommended granting Defendant's Motion to Dismiss (Docket No. 23), and dismissing as moot Ernesto Benavides, Jr.'s ("Plaintiff") "Motion Requesting Appointment of Counsel to Conduct Deposition" (Docket No. 27). Plaintiff timely filed his "Objection to Magistrate Judge's Report and Recommendation" ("Plaintiff's Objections") (Docket No. 48).

After a *de novo* review of the file, the R&R is hereby **ADOPTED**. Plaintiff's Objections are **OVERRULED**, Plaintiff's Motion to Appoint Counsel is **DISMISSED AS MOOT**, and it is **ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **ORDERED** to close this case.

Signed on this \_\_18th\_\_ day of \_\_July\_\_, 2019.

_____
Rolando Olvera
United States District Judge